■ In the Matter of LAWRENCE K. SCHUVART, Appellant, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, et al., Respondents. — Judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Thompson, Niehoff and Boyers, JJ., concur.

■ In the Matter of ROSEMARIE SMITH, Respondent, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and MICHAEL P. FLEMING et al., Appellants. — In a proceeding to validate a petition designating Rosemarie Smith and Eglantine Cavanagh as candidates in the Republican Party primary election to be held on September 13, 1983, for the office of Member of the Suffolk County Republican Committee, 41st Election District, Town of Huntington, the appeal is from a judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, which, in effect, granted the application. Judgment affirmed, without costs or disbursements. The designating petition was properly validated as the alteration in the subscribing witness' statement concerning the number of signatures was initialed and explained (see *Matter of Roman v Sharpe,* 42 NY2d 986). Mollen, P. J., Gibbons, Brown and Rubin, JJ., concur.

■ In the Matter of ROBERT M. STEIN, Respondent, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and DONALD NOVICK et al., Appellants. — In a proceeding to validate a petition designating Robert M. Stein as a candidate in the Republican Party primary election to be held on September 13, 1983, for the office of Member of the Republican Party County Committee, 55th Election District, Town of Huntington, the appeal is from a judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, which granted the application. Judgment affirmed, without costs or disbursements. (See *Matter of Curran v McNab,* 96 AD2d 916.) In addition, the alleged alteration with respect to the signature of the subscribing witness does not warrant invalidation. Mollen, P. J., Gibbons, Brown and Rubin, JJ., concur.

■ In the Matter of STEPHEN J. WESTON, JR., et al., Appellants, v RICHARD C. Ross et al., Respondents. — Judgment of the Supreme Court, Westchester County (Walsh, J.), entered August 22, 1983, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Thompson, Niehoff and Boyers, JJ., concur.